Opinion by TYSON, J.

---

## Vance *et al. v.* McElroy, Admr.

APPEAL from Bibb Probate Court.

Heard before the Hon. W. L. PRATT.

ELLISON & THOMPSON, LAVENDER & FULLER, for appellants.

LOGAN & VANDEGRAAFF, for appellee.

The transcript in this case contains only a bill of exceptions, and there is shown no judgment from which the appeal is taken, otherwise than as copied in the bill of exceptions.

It is held by the court that the office of the bill of exceptions is not to present matter which should appear of record proper in the court below, and that the court will not look to a judgment copied into the bill of exceptions or consider such judgment as the record of the court.

The appeal is, therefore, dismissed.

Opinion by DOWDELL, J.